| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| United States Drug Enforcement Agency 230 S. Dearborn Ste. 1200 Chicago, IL 60604 | Claimant: Trevor Mitchell, 5332 W. Ferdinand, Chicago, IL 60644 Attorney/Representative: Basileios J. Foutris, Foutris Law Office, Ltd., 53 W. Jackson, Ste 252, Chicago, IL 60604 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|
| ☐ MILITARY  ☒ CIVILIAN | 11/22/1948 | Married | March 7, 2019 | appx 6:00 AM |

**8. BASIS OF CLAIM** (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary.)

In summary, unknown DEA Agents came into my home at 5332 W. Ferdinand, Chicago, IL 60644, without a warrant, without consent and without justification or authorization. They did not announce themselves before entering, instead, they forcibly opened (and broke/damaged) the door to gain entry. When they entered, without authorization, they detained me and my family members, pointed weapons at me and my family members (including children) without justification, searched the home without a warrant, without consent and without justification or authorization, and generally terrorized myself and my family members.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

Same as Claimant

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

The front door to the residence was broken/damaged due to the way the DEA Agents entered the home.

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

Emotional/psychological/mental injuries and associated pain and suffering and profound mental distress associated with, and due to: the unlawful entry and search of my home, unlawful detention of me and my family members, unlawful use of force upon me and my family members, and the manner in which the DEA Agents terrorized me and my family members.

| 11. | WITNESSES | |
|---|---|---|
| **NAME** | **ADDRESS** (Number, Street, City, State, and Zip Code) | |
| SEE ATTACHED RIDER | | |

| 12. (See instructions on reverse). | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
| $5,000.00 | $250,000.00 | N/A | $255,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| *[signature]* Agent/Attorney | 312-212-1200 | 12/09/2019 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

| Authorized for Local Reproduction Previous Edition is not Usable | NSN 7540-00-634-4046 | STANDARD FORM 95 (REV. 2/2007) PRESCRIBED BY DEPT. OF JUSTICE 28 CFR 14.2 |
|---|---|---|
| 95-109 | | |

EXHIBIT 1

| INSURANCE COVERAGE |
|---|
| In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property. |

**15. Do you carry accident insurance?** [x] Yes    If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. [ ] No

Geico c/o Liberty Mutual Insurance Company, PO BOX 6829, Scranton, PA 18505

Policy #: H37243295443-75

| 16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? [x] Yes [ ] No | 17. If deductible, state amount. |
|---|---|
| Yes.  It is full coverage with a deductible. | $1,000.00 |

**18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts.)**
A claim was filed.  The insurance company offered $118 for the property damage.  The offer was refused by the claimant.

**19. Do you carry public liability and property damage insurance?** [x] Yes    If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). [ ] No

Same as above: Geico c/o Liberty Mutual Insurance Company, PO BOX 6829, Scranton, PA 18505

Policy #: H37243295443-75

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident.  If the incident involves more than one claimant, each claimant should submit a separate claim form.**

**Complete all items - Insert the word NONE where applicable.**

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A SUM CERTAIN FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN TWO YEARS AFTER THE CLAIM ACCRUES.

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid.  A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted.  Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations.  If more than one agency is involved, please state each agency.

The claim may be filled by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant.  A claim presented by an agent or legal representative must be presented in the name of the claimant.  If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

*(a)* In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

*(b)* In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

*(c)* In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident.  Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

*(d)* **Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.**

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
   A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute this form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501.  Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.  Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC  20530 or to the Office of Management and Budget.  Do not mail completed form(s) to these addresses.

## **FORM 95 ATTACHMENTS**

1)      RIDER/ADDENDUM TO FORM 95

2)      CONTRACT FOR LEGAL SERVICES (3 PAGES)

3)      AUTHORIZATION FROM CLIENT (1 PAGE)

## **RIDER/ADDENDUM TO FORM 95**

Witnesses:

1) Trevor Mitchell, 5332 W. Ferdinand, Chicago, IL 60644. He has information regarding both the occurrence and the damages incurred.

2) Diane Scott, 5332 W. Ferdinand, Chicago, IL 60644. She has information regarding both the occurrence and the damages incurred.

3) Waltnesha Scott, 5332 W. Ferdinand, Chicago, IL 60644. She has information regarding both the occurrence and the damages incurred.

4) Kayla Brown (Waltnesha's 6 year old daughter), 5332 W. Ferdinand, Chicago, IL 60644. She has information regarding both the occurrence and the damages incurred.

5) Thomas Cleveland, Jr., (Walthnesha's toddler son) 5332 W. Ferdinand, Chicago, IL 60644. Although this toddler was present, the claimant does not believe that he has any information concerning the occurrence given his age.

6) Thomas Cleveland, upon information and belief, this individual is in federal custody. He was in the claimant's home at the time of the occurrence.

7) Marcell Marott, this individual's current address is unknown. He was in the home at the time of the occurrence.

8) Danisha (LNU). This individual's current address is unknown. She was in the home at the time of the occurrence.

9) Unknown DEA Agents, 230 S. Dearborn, Ste. 1200, Chicago, IL 60604. These were the individuals that entered the claimant's home.

10) Unknown Chicago police officers. These individuals' current addresses are unknown. Upon information and belief, more than one Chicago police officer may have been outside the residence when the DEA Agents entered the claimant's home, and, as such, may have information concerning the occurrence.

## ATTORNEY EMPLOYMENT CONTRACT

I, _Trevor Mitchell_ (hereafter "Client"), do hereby retain and employ Foutris Law Office, Ltd. (hereafter "Attorneys") as my attorneys to prosecute or settle all claims and suits for the injuries and/or damages sustained by _myself_, against _United States / DEA_ and any other responsible parties, who may be liable as a result of the injuries and/or damages sustained by _myself_ on or about the _9th_ day of _March_, 20_19_.

It is specifically agreed and understood by Client that Attorneys accept this retainer contract subject to Attorneys' investigation of the circumstances of this occurrence.

In consideration of services rendered and to be rendered, Client agrees to pay Attorneys an amount equal to FORTY PERCENT (40%) of whatever money or property may be recovered on account of such claims and suits, whether by compromise, settlement, verdict, decree or in any other manner. This percentage is in addition to, and apart from, the Statutory Fees and costs discussed below.

With respect to claims advanced pursuant to the Federal Tort Claims Act ("FCTA"), in consideration of services rendered and to be rendered for claims under and/or pursuant to the FCTA, Client agrees to pay Attorneys an amount equal to TWENTY-FIVE PERCENT (25%) of whatever money or property may be recovered on account of such claims and suits, whether by compromise, settlement, verdict, decree or in any other manner. This percentage is in addition to, and apart from, the Statutory Fees and costs discussed below.

The parties agree that all expenses incurred in the prosecution of this claim or suit including, but not limited to, attorney fees, court costs and fees, subpoena costs, witness fees, photos, copying costs, depositions, transcripts, court reporter costs, reports, investigation charges and costs, witness statements and any other expenses incurred in the investigation or litigation of this claim, shall be advanced by Attorneys. Client agrees to reimburse Attorneys for any and all attorney fees, costs and expenses incurred by Attorneys in the prosecution of this claim or suit. Client also agrees that, should anything be recovered, any expenses and costs will be deducted from the final amount recovered or collected *after* attorneys' fees are deducted therefrom. Client further agrees that in order for the claim to be prosecuted effectively and with the utmost efficiency, convenience, and dispatch, that Attorneys are authorized to make all determinations relative to the investigation, filing, preparation, and prosecution of any claim and/or lawsuit. Client authorizes Attorneys to incur all expenses which they deem necessary, in their professional judgment, to prosecute Client's claims.

In addition to the attorney fees and the provision for expenses and costs described above, Client has been advised and understands that, under applicable statute(s), in the event that Client is the prevailing party with respect to any claim and/or lawsuit, EITHER BY SETTLEMENT, VERDICT, DECREE, JUDGMENT, OR ANY OTHER MANNER,

Attorneys are entitled by statute to petition for an award of attorneys' fees against the Defendants for the Attorneys' total reasonable billable hours at a fair market rate for attorney services (hereafter "Statutory Fees"). Client agrees that Attorneys shall have the right to apply for and collect any Statutory Fees, and Client expressly agrees not to waive, either in full or in part, the right to seek Statutory Fees. Any interest Client may have in the Statutory Fees is assigned to Attorneys; Client further agrees that any future interest Client may acquire in the Statutory Fees will be assigned to Attorneys. Client further agrees that Attorneys may intervene to protect their interest in an award of Statutory Fees. In the event that Attorneys are entitled to Statutory fees under any applicable statute (as prevailing parties), the Statutory Fees shall be paid by the Defendants, and under no circumstances by the Client, except in the event that Client breaches this Agreement and elects (without the consent of Attorneys) to accept any settlement that does not include all or a portion of these Statutory Fees, in which case Client shall be obligated to compensate Attorneys in full for the value of any Statutory Fees not received by Attorneys.

Client acknowledges that all medical expenses and charges of any nature made by doctors, or other medical providers, in conjunction with the above-mentioned claim are not litigation costs, and will be paid by Client. In the event of recovery, Client agrees and directs Attorneys to pay any of these unpaid bills, and/or satisfy any liens related to medical treatment, from Client's share of the recovery.

Client and Attorneys agree to adopt this fee arrangement because it is the opinion of all the undersigned that this arrangement maximizes not only the Attorneys' financial incentive to prevail for Client, but also maximizes Attorneys' incentive to endeavor to obtain the maximum possible amount of compensation/recovery/settlement from the Defendants.

Client recognizes that just as there is a substantial variation in the billing rates of, for instance, corporate attorneys, there is a variation in the compensation structures of civil rights attorneys, and there may be other attorneys willing to represent Client pursuant to a different compensation arrangement. Client further understands that the undersigned Attorneys are taking considerable financial risk in undertaking this representation as Attorneys will receive absolutely no compensation if Client does not prevail, and Attorneys could pursue other work. Accordingly, the parties adopt the compensation structure set forth herein as an inducement for Attorneys to take and pursue this case.

Client further acknowledges and understands that Attorneys have advised Client regarding the possibility of Client being required by a Court to pay costs and/or fees to the Defendants should the Defendants prevail in the litigation. In that event, Client understands and acknowledges that Client, not Attorneys, would be responsible for any such Court-ordered award of defense costs and/or fees.

Client understands and acknowledges that Attorneys are not tax lawyers, and have no expertise in matters relating to taxation. Accordingly, the scope of Attorneys'

Page 2 of 3

representation of Client does not include tax matters, and Attorneys will offer no advice to Client relating to tax implications of settlements/verdicts in this matter. Instead, Client is encouraged to seek assistance in all matters relating to taxation from independent tax professionals selected by the Client.

Client acknowledges that no representation has been made as to what amounts, if any, Client may be entitled to recover in this case. Further, Client acknowledges that no guarantees or promises have been made of any kind regarding recovery either by settlement or judgment.

It is specifically understood that in the event a judgment is not entered in Client's favor in the trial court, or that the amount or type of judgment is unsatisfactory to Client, Attorneys shall not be obligated to prosecute a motion for new trial, and/or to file any appeal and/or pursue any supplementary proceedings. Client agrees that Attorneys shall have sole discretion as to whether Attorneys will prosecute any such motion for new trial, file any such appeal, and/or pursue any such supplementary proceedings. Similarly, if more than one trial is necessary and/or required to resolve the matter, Attorneys shall not be obligated to prosecute and/or defend such matter. Client agrees that Attorneys shall have sole discretion as to whether Attorneys will prosecute and/or defend any such matter. Likewise, in the event any party appeals from any judgment rendered by the trial court (with the trial court or appellate court(s)), or pursues or files any supplementary proceedings, Attorneys shall not be obligated to render services in connection with any such appeal, or supplementary proceedings. Client agrees that Attorneys shall have sole discretion as to whether Attorneys will render any services for any such appeal, and/or supplementary proceedings. Should the Attorneys agree to perform additional services in connection with any of the above, including, but not limited to, whether it is prosecuting or defending more than one trial, filing any motion for a new trial, filing any appeal, or pursuing or defending any supplementary proceeding, Client further agrees to pay Attorneys an *additional* FIVE PERCENT (5%) of whatever may be recovered.

Client acknowledges that no services, other than those described in this contract, are covered by this Agreement.

DATED this 29th day of May , 20 19.

CLIENT

BY: _TREVOR MITCHELL_

FOUTRIS LAW OFFICE, LTD.

BY: Basileios J. Foutris

Page 3 of 3

To Whom it May Concern:

Be advised that I have retained Basileios ("Bill") J. Foutris, of the Foutris Law Office, Ltd., as my attorney. I hereby authorize, request and direct you to release, disclose, provide copies, and provide unrestricted access to any an all legal records, medical records, bills, documents, information, and any other material pertaining to me to the following attorney:

> Basileios ("Bill") J. Foutris
> Foutris Law Office, Ltd.
> 53 W. Jackson, Suite 252
> Chicago, IL 60604
> 312-212-1200
> bfoutris@foutrislaw.com

I expressly waive any and all privileges of confidentiality of the requested legal records, medical records, bills, documents, information, and any other material with respect to Basileios ("Bill") J. Foutris, and the Foutris Law Office, Ltd. My waiver expressly includes, but is not limited to, the following material:

> Medical Records, Medical Bills, Police and/or Law Enforcement Records and/or material, Arrest Reports, Supplemental Reports, Case Reports, Arrest Records, Booking Photos, or any other photographs depicting or regarding myself or my incident, Booking Documents, Intake Documents, "Rap" Sheets, Police Reports, Investigative Reports, "Calls for Service" Documents, Incident Reports, Warrants, squad car videos, Taser videos, booking room videos, body cam videos, any other video recordings depicting or regarding myself or my incident, dispatch audio recordings and any other audio recordings regarding myself or my incident, Taser printouts, and any other documents, papers or recordings, whether in paper or electronic or any other form that are in your possession or control pertaining to me.

Be advised that the above attorney and law firm are expressly authorized by me to receive and/or obtain the above-referenced material and information on my behalf. In addition, be advised that I also authorize and empower the above attorney and law firm to have full power to acknowledge, sign and execute any necessary documents and receipts for same on my behalf. This authorization shall not expire after a particular period but rather shall remain valid unless and until cancelled by me in writing.

### Verification

Under penalty of perjury, and under the penalties provided by law pursuant to Section 1-109 of the Illinois Code of Civil Procedure, the undersigned certifies that the statements set forth herein are true and correct.

Dated: 5-29-19

Signed: _____

Printed Name: TREVOR MITCHELL

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| United States Drug Enforcement Agency<br>230 S. Dearborn<br>Ste. 1200<br>Chicago, IL 60604 | Claimant: Dianne Scott, 5332 W. Ferdinand, Chicago, IL 60644<br>Attorney/Representative: Basileios J. Foutris, Foutris Law Office, Ltd., 53 W. Jackson, Ste 252, Chicago, IL 60604 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|
| ☐ MILITARY ☒ CIVILIAN | 09/10/1973 | Married | March 7, 2019 | appx 6:00 AM |

**8. BASIS OF CLAIM** (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary.)

In summary, unknown DEA Agents came into my home at 5332 W. Ferdinand, Chicago, IL 60644, without a warrant, without consent and without justification or authorization. They did not announce themselves before entering, instead, they forcibly opened (and broke/damaged) the door to gain entry. When they entered, without authorization, they detained me and my family members, pointed weapons at me and my family members (including children) without justification, searched the home without a warrant, without consent and without justification or authorization, and generally terrorized myself and my family members.

**9. PROPERTY DAMAGE**

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

Owner of the home is Claimant's husband, Trevor Mitchell, 5332 W. Ferdinand, Chicago, IL 60644

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

The front door to the residence was broken/damaged due to the way the DEA Agents entered the home.

**10. PERSONAL INJURY/WRONGFUL DEATH**

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

Emotional/psychological/mental injuries and associated pain and suffering and profound mental distress associated with, and due to: the unlawful entry and search of my home, unlawful detention of me and my family members, unlawful use of force upon me and my family members, and the manner in which the DEA Agents terrorized me and my family members.

| 11. | WITNESSES |
|---|---|
| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
| See Attached Rider | |

| 12. (See instructions on reverse). | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
| $5,000.00 | $250,000.00 | N/A | $255,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| *[signature]* Agent/Attorney | 312-212-1200 | 12/09/2019 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

| Authorized for Local Reproduction<br>Previous Edition is not Usable<br>95-109 | NSN 7540-00-634-4046 | STANDARD FORM 95 (REV. 2/2007)<br>PRESCRIBED BY DEPT. OF JUSTICE<br>28 CFR 14.2 |
|---|---|---|



EXHIBIT 2

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

**15. Do you carry accident Insurance?** [X] Yes    If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. [ ] No

Geico c/o Liberty Mutual Insurance Company, PO BOX 6829, Scranton, PA 18505

Policy #: H37243295443-75, policy taken out by claimant's husband, Trevor Mitchell

**16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible?** [X] Yes [ ] No    **17. If deductible, state amount.**

Yes. It is full coverage with a deductible.    $1,000.00

**18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim?** (It is necessary that you ascertain these facts).
A claim was filed. The insurance company offered $118 for the property damage. The offer was refused by the claimant's husband.

**19. Do you carry public liability and property damage insurance?** [X] Yes    If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). [ ] No

Same as above: Geico c/o Liberty Mutual Insurance Company, PO BOX 6829, Scranton, PA 18505

Policy #: H37243295443-75, policy taken out by claimant's husband, Trevor Mitchell

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filled by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

DAMAGES IN A SUM CERTAIN FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN TWO YEARS AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows:

*(a)* In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

*(b)* In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

*(c)* In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

*(d)* **Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.**

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
   A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) BACK

## **FORM 95 ATTACHMENTS**

1) RIDER/ADDENDUM TO FORM 95

2) CONTRACT FOR LEGAL SERVICES (3 PAGES)

3) AUTHORIZATION FROM CLIENT (1 PAGE)

## **RIDER/ADDENDUM TO FORM 95**

Witnesses:

1)    Trevor Mitchell, 5332 W. Ferdinand, Chicago, IL 60644.  He has information regarding both the occurrence and the damages incurred.

2)    Diane Scott, 5332 W. Ferdinand, Chicago, IL 60644.  She has information regarding both the occurrence and the damages incurred.

3)    Waltnesha Scott, 5332 W. Ferdinand, Chicago, IL 60644.  She has information regarding both the occurrence and the damages incurred.

4)    Kayla Brown (Waltnesha's 6 year old daughter), 5332 W. Ferdinand, Chicago, IL 60644. She has information regarding both the occurrence and the damages incurred.

5)    Thomas Cleveland, Jr., (Walthnesha's toddler son) 5332 W. Ferdinand, Chicago, IL 60644.  Although this toddler was present, the claimant does not believe that he has any information concerning the occurrence given his age.

6)    Thomas Cleveland, upon information and belief, this individual is in federal custody.  He was in the claimant's home at the time of the occurrence.

7)    Marcell Marott, this individual's current address is unknown.  He was in the home at the time of the occurrence.

8)    Danisha (LNU).  This individual's current address is unknown.  She was in the home at the time of the occurrence.

9)    Unknown DEA Agents, 230 S. Dearborn, Ste. 1200, Chicago, IL 60604.  These were the individuals that entered the claimant's home.

10)   Unknown Chicago police officers.  These individuals' current addresses are unknown. Upon information and belief, more than one Chicago police officer may have been outside the residence when the DEA Agents entered the claimant's home, and, as such, may have information concerning the occurrence.

## ATTORNEY EMPLOYMENT CONTRACT

I, *Dianne Scott* (hereafter "Client"), do hereby retain and employ Foutris Law Office, Ltd. (hereafter "Attorneys") as my attorneys to prosecute or settle all claims and suits for the injuries and/or damages sustained by *myself*, against *United States / DEA* and any other responsible parties, who may be liable as a result of the injuries and/or damages sustained by *myself* on or about the *7th* day of *March*, 20 *19*.

It is specifically agreed and understood by Client that Attorneys accept this retainer contract subject to Attorneys' investigation of the circumstances of this occurrence.

In consideration of services rendered and to be rendered, Client agrees to pay Attorneys an amount equal to FORTY PERCENT (40%) of whatever money or property may be recovered on account of such claims and suits, whether by compromise, settlement, verdict, decree or in any other manner. This percentage is in addition to, and apart from, the Statutory Fees and costs discussed below.

With respect to claims advanced pursuant to the Federal Tort Claims Act ("FCTA"), in consideration of services rendered and to be rendered for claims under and/or pursuant to the FCTA, Client agrees to pay Attorneys an amount equal to TWENTY-FIVE PERCENT (25%) of whatever money or property may be recovered on account of such claims and suits, whether by compromise, settlement, verdict, decree or in any other manner. This percentage is in addition to, and apart from, the Statutory Fees and costs discussed below.

The parties agree that all expenses incurred in the prosecution of this claim or suit including, but not limited to, attorney fees, court costs and fees, subpoena costs, witness fees, photos, copying costs, depositions, transcripts, court reporter costs, reports, investigation charges and costs, witness statements and any other expenses incurred in the investigation or litigation of this claim, shall be advanced by Attorneys. Client agrees to reimburse Attorneys for any and all attorney fees, costs and expenses incurred by Attorneys in the prosecution of this claim or suit. Client also agrees that, should anything be recovered, any expenses and costs will be deducted from the final amount recovered or collected *after* attorneys' fees are deducted therefrom. Client further agrees that in order for the claim to be prosecuted effectively and with the utmost efficiency, convenience, and dispatch, that Attorneys are authorized to make all determinations relative to the investigation, filing, preparation, and prosecution of any claim and/or lawsuit. Client authorizes Attorneys to incur all expenses which they deem necessary, in their professional judgment, to prosecute Client's claims.

In addition to the attorney fees and the provision for expenses and costs described above, Client has been advised and understands that, under applicable statute(s), in the event that Client is the prevailing party with respect to any claim and/or lawsuit, EITHER BY SETTLEMENT, VERDICT, DECREE, JUDGMENT, OR ANY OTHER MANNER,

Page 1 of 3

Attorneys are entitled by statute to petition for an award of attorneys' fees against the Defendants for the Attorneys' total reasonable billable hours at a fair market rate for attorney services (hereafter "Statutory Fees"). Client agrees that Attorneys shall have the right to apply for and collect any Statutory Fees, and Client expressly agrees not to waive, either in full or in part, the right to seek Statutory Fees. Any interest Client may have in the Statutory Fees is assigned to Attorneys; Client further agrees that any future interest Client may acquire in the Statutory Fees will be assigned to Attorneys. Client further agrees that Attorneys may intervene to protect their interest in an award of Statutory Fees. In the event that Attorneys are entitled to Statutory fees under any applicable statute (as prevailing parties), the Statutory Fees shall be paid by the Defendants, and under no circumstances by the Client, except in the event that Client breaches this Agreement and elects (without the consent of Attorneys) to accept any settlement that does not include all or a portion of these Statutory Fees, in which case Client shall be obligated to compensate Attorneys in full for the value of any Statutory Fees not received by Attorneys.

Client acknowledges that all medical expenses and charges of any nature made by doctors, or other medical providers, in conjunction with the above-mentioned claim are not litigation costs, and will be paid by Client. In the event of recovery, Client agrees and directs Attorneys to pay any of these unpaid bills, and/or satisfy any liens related to medical treatment, from Client's share of the recovery.

Client and Attorneys agree to adopt this fee arrangement because it is the opinion of all the undersigned that this arrangement maximizes not only the Attorneys' financial incentive to prevail for Client, but also maximizes Attorneys' incentive to endeavor to obtain the maximum possible amount of compensation/recovery/settlement from the Defendants.

Client recognizes that just as there is a substantial variation in the billing rates of, for instance, corporate attorneys, there is a variation in the compensation structures of civil rights attorneys, and there may be other attorneys willing to represent Client pursuant to a different compensation arrangement. Client further understands that the undersigned Attorneys are taking considerable financial risk in undertaking this representation as Attorneys will receive absolutely no compensation if Client does not prevail, and Attorneys could pursue other work. Accordingly, the parties adopt the compensation structure set forth herein as an inducement for Attorneys to take and pursue this case.

Client further acknowledges and understands that Attorneys have advised Client regarding the possibility of Client being required by a Court to pay costs and/or fees to the Defendants should the Defendants prevail in the litigation. In that event, Client understands and acknowledges that Client, not Attorneys, would be responsible for any such Court-ordered award of defense costs and/or fees.

Client understands and acknowledges that Attorneys are not tax lawyers, and have no expertise in matters relating to taxation. Accordingly, the scope of Attorneys'



representation of Client does not include tax matters, and Attorneys will offer no advice to Client relating to tax implications of settlements/verdicts in this matter. Instead, Client is encouraged to seek assistance in all matters relating to taxation from independent tax professionals selected by the Client.

Client acknowledges that no representation has been made as to what amounts, if any, Client may be entitled to recover in this case. Further, Client acknowledges that no guarantees or promises have been made of any kind regarding recovery either by settlement or judgment.

It is specifically understood that in the event a judgment is not entered in Client's favor in the trial court, or that the amount or type of judgment is unsatisfactory to Client, Attorneys shall not be obligated to prosecute a motion for new trial, and/or to file any appeal and/or pursue any supplementary proceedings. Client agrees that Attorneys shall have sole discretion as to whether Attorneys will prosecute any such motion for new trial, file any such appeal, and/or pursue any such supplementary proceedings. Similarly, if more than one trial is necessary and/or required to resolve the matter, Attorneys shall not be obligated to prosecute and/or defend such matter. Client agrees that Attorneys shall have sole discretion as to whether Attorneys will prosecute and/or defend any such matter. Likewise, in the event any party appeals from any judgment rendered by the trial court (with the trial court or appellate court(s)), or pursues or files any supplementary proceedings, Attorneys shall not be obligated to render services in connection with any such appeal, or supplementary proceedings. Client agrees that Attorneys shall have sole discretion as to whether Attorneys will render any services for any such appeal, and/or supplementary proceedings. Should the Attorneys agree to perform additional services in connection with any of the above, including, but not limited to, whether it is prosecuting or defending more than one trial, filing any motion for a new trial, filing any appeal, or pursuing or defending any supplementary proceeding, Client further agrees to pay Attorneys an *additional* FIVE PERCENT (5%) of whatever may be recovered.

Client acknowledges that no services, other than those described in this contract, are covered by this Agreement.

DATED this 29ᵗʰ day of _____May_____, 20_19_.

CLIENT                                         FOUTRIS LAW OFFICE, LTD.

BY: _____                   BY: Basileios J. Foutris

To Whom it May Concern:

Be advised that I have retained Basileios ("Bill") J. Foutris, of the Foutris Law Office, Ltd., as my attorney. I hereby authorize, request and direct you to release, disclose, provide copies, and provide unrestricted access to any an all legal records, medical records, bills, documents, information, and any other material pertaining to me to the following attorney:

> Basileios ("Bill") J. Foutris
> Foutris Law Office, Ltd.
> 53 W. Jackson, Suite 252
> Chicago, IL 60604
> 312-212-1200
> bfoutris@foutrislaw.com

I expressly waive any and all privileges of confidentiality of the requested legal records, medical records, bills, documents, information, and any other material with respect to Basileios ("Bill") J. Foutris, and the Foutris Law Office, Ltd. My waiver expressly includes, but is not limited to, the following material:

> Medical Records, Medical Bills, Police and/or Law Enforcement Records and/or material, Arrest Reports, Supplemental Reports, Case Reports, Arrest Records, Booking Photos, or any other photographs depicting or regarding myself or my incident, Booking Documents, Intake Documents, "Rap" Sheets, Police Reports, Investigative Reports, "Calls for Service" Documents, Incident Reports, Warrants, squad car videos, Taser videos, booking room videos, body cam videos, any other video recordings depicting or regarding myself or my incident, dispatch audio recordings and any other audio recordings regarding myself or my incident, Taser printouts, and any other documents, papers or recordings, whether in paper or electronic or any other form that are in your possession or control pertaining to me.

Be advised that the above attorney and law firm are expressly authorized by me to receive and/or obtain the above-referenced material and information on my behalf. In addition, be advised that I also authorize and empower the above attorney and law firm to have full power to acknowledge, sign and execute any necessary documents and receipts for same on my behalf. This authorization shall not expire after a particular period but rather shall remain valid unless and until cancelled by me in writing.

**Verification**

Under penalty of perjury, and under the penalties provided by law pursuant to Section 1-109 of the Illinois Code of Civil Procedure, the undersigned certifies that the statements set forth herein are true and correct.

Dated: _5-29-19_

Signed: _Dianne Scott_

Printed Name: _Dianne Scott_

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| United States Drug Enforcement Agency<br>230 S. Dearborn<br>Ste. 1200<br>Chicago, IL 60604 | Claimant: Waltnesha Scott, 5332 W. Ferdinand, Chicago, IL 60644<br>Attorney/Representative: Basileios J. Foutris, Foutris Law Office, Ltd., 53 W. Jackson, Ste 252, Chicago, IL 60604 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|
| ☐ MILITARY  ☒ CIVILIAN | 06/16/1995 | Single | March 7, 2019 | appx 6:00 AM |

**8. BASIS OF CLAIM** (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary.)

In summary, unknown DEA Agents came into my home at 5332 W. Ferdinand, Chicago, IL 60644, without a warrant, without consent and without justification or authorization. They did not announce themselves before entering, instead, they forcibly opened (and broke/damaged) the door to gain entry. When they entered, without authorization, they detained me and my family members, pointed weapons at me and my family members (including children) without justification, searched the home without a warrant, without consent and without justification or authorization, and generally terrorized myself and my family members.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

Owner of the home is the claimant's mother's husband, Trevor Mitchell, 5332 W. Ferdinand, Chicago, IL 60644

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

The front door to the residence was broken/damaged due to the way the DEA Agents entered the home.

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

Emotional/psychological/mental injuries and associated pain and suffering and profound mental distress associated with, and due to: the unlawful entry and search of my home, unlawful detention of me and my family members, unlawful use of force upon me and my family members, and the manner in which the DEA Agents terrorized me and my family members.

| 11. | WITNESSES | |
|---|---|---|
| **NAME** | **ADDRESS (Number, Street, City, State, and Zip Code)** | |
| See Attached Rider | | |

| 12. (See instructions on reverse). | | AMOUNT OF CLAIM (in dollars) | |
|---|---|---|---|
| **12a. PROPERTY DAMAGE** | **12b. PERSONAL INJURY** | **12c. WRONGFUL DEATH** | **12d. TOTAL** (Failure to specify may cause forfeiture of your rights). |
| $5,000.00 | $250,000.00 | N/A | $255,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| *[signature] Agent/Attorney* | 312-212-1200 | 12/09/2019 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

| Authorized for Local Reproduction<br>Previous Edition is not Usable | NSN 7540-00-634-4046 | STANDARD FORM 95 (REV. 2/2007)<br>PRESCRIBED BY DEPT. OF JUSTICE<br>28 CFR 14.2 |
|---|---|---|
| 95-109 | | |



EXHIBIT 3

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

**15. Do you carry accident insurance?** [X] Yes  If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number.  [ ] No

Geico c/o Liberty Mutual Insurance Company, PO BOX 6829, Scranton, PA 18505

Policy #: H37243295443-75, policy taken out by claimant's mother's husband, Trevor Mitchell

**16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible?** [X] Yes  [ ] No  | **17. If deductible, state amount.**

Yes. It is full coverage with a deductible. | $ 1,000.00

**18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).**
A claim was filed. The insurance company offered $118 for the property damage. The offer was refused by the claimant's mother's husband.

**19. Do you carry public liability and property damage insurance?** [X] Yes  If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code).  [ ] No

Same as above: Geico c/o Liberty Mutual Insurance Company, PO BOX 6829, Scranton, PA 18505

Policy #: H37243295443-75, policy taken out by claimant's mother's husband, Trevor Mitchell

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

DAMAGES IN A SUM CERTAIN FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN TWO YEARS AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows:

*(a)* In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

*(b)* In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

*(c)* In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

*(d)* Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.

   A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC  20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) BACK

## FORM 95 ATTACHMENTS

1)     RIDER/ADDENDUM TO FORM 95

2)     CONTRACT FOR LEGAL SERVICES (3 PAGES)

3)     AUTHORIZATION FROM CLIENT (1 PAGE)

## **RIDER/ADDENDUM TO FORM 95**

Witnesses:

1) Trevor Mitchell, 5332 W. Ferdinand, Chicago, IL 60644. He has information regarding both the occurrence and the damages incurred.

2) Diane Scott, 5332 W. Ferdinand, Chicago, IL 60644. She has information regarding both the occurrence and the damages incurred.

3) Waltnesha Scott, 5332 W. Ferdinand, Chicago, IL 60644. She has information regarding both the occurrence and the damages incurred.

4) Kayla Brown (Waltnesha's 6 year old daughter), 5332 W. Ferdinand, Chicago, IL 60644. She has information regarding both the occurrence and the damages incurred.

5) Thomas Cleveland, Jr., (Walthnesha's toddler son) 5332 W. Ferdinand, Chicago, IL 60644. Although this toddler was present, the claimant does not believe that he has any information concerning the occurrence given his age.

6) Thomas Cleveland, upon information and belief, this individual is in federal custody. He was in the claimant's home at the time of the occurrence.

7) Marcell Marott, this individual's current address is unknown. He was in the home at the time of the occurrence.

8) Danisha (LNU). This individual's current address is unknown. She was in the home at the time of the occurrence.

9) Unknown DEA Agents, 230 S. Dearborn, Ste. 1200, Chicago, IL 60604. These were the individuals that entered the claimant's home.

10) Unknown Chicago police officers. These individuals' current addresses are unknown. Upon information and belief, more than one Chicago police officer may have been outside the residence when the DEA Agents entered the claimant's home, and, as such, may have information concerning the occurrence.

## ATTORNEY EMPLOYMENT CONTRACT

I, _Wattnesha Scott_ (hereafter "Client"), do hereby retain and employ Foutris Law Office, Ltd. (hereafter "Attorneys") as my attorneys to prosecute or settle all claims and suits for the injuries and/or damages sustained by _myself_, against _United States/DEA_ and any other responsible parties, who may be liable as a result of the injuries and/or damages sustained by _myself_ on or about the _9th_ day of _March_, 20_19_.

It is specifically agreed and understood by Client that Attorneys accept this retainer contract subject to Attorneys' investigation of the circumstances of this occurrence.

In consideration of services rendered and to be rendered, Client agrees to pay Attorneys an amount equal to FORTY PERCENT (40%) of whatever money or property may be recovered on account of such claims and suits, whether by compromise, settlement, verdict, decree or in any other manner. This percentage is in addition to, and apart from, the Statutory Fees and costs discussed below.

With respect to claims advanced pursuant to the Federal Tort Claims Act ("FCTA"), in consideration of services rendered and to be rendered for claims under and/or pursuant to the FCTA, Client agrees to pay Attorneys an amount equal to TWENTY-FIVE PERCENT (25%) of whatever money or property may be recovered on account of such claims and suits, whether by compromise, settlement, verdict, decree or in any other manner. This percentage is in addition to, and apart from, the Statutory Fees and costs discussed below.

The parties agree that all expenses incurred in the prosecution of this claim or suit including, but not limited to, attorney fees, court costs and fees, subpoena costs, witness fees, photos, copying costs, depositions, transcripts, court reporter costs, reports, investigation charges and costs, witness statements and any other expenses incurred in the investigation or litigation of this claim, shall be advanced by Attorneys. Client agrees to reimburse Attorneys for any and all attorney fees, costs and expenses incurred by Attorneys in the prosecution of this claim or suit. Client also agrees that, should anything be recovered, any expenses and costs will be deducted from the final amount recovered or collected *after* attorneys' fees are deducted therefrom. Client further agrees that in order for the claim to be prosecuted effectively and with the utmost efficiency, convenience, and dispatch, that Attorneys are authorized to make all determinations relative to the investigation, filing, preparation, and prosecution of any claim and/or lawsuit. Client authorizes Attorneys to incur all expenses which they deem necessary, in their professional judgment, to prosecute Client's claims.

In addition to the attorney fees and the provision for expenses and costs described above, Client has been advised and understands that, under applicable statute(s), in the event that Client is the prevailing party with respect to any claim and/or lawsuit, EITHER BY SETTLEMENT, VERDICT, DECREE, JUDGMENT, OR ANY OTHER MANNER,

_W.S_

Attorneys are entitled by statute to petition for an award of attorneys' fees against the Defendants for the Attorneys' total reasonable billable hours at a fair market rate for attorney services (hereafter "Statutory Fees"). Client agrees that Attorneys shall have the right to apply for and collect any Statutory Fees, and Client expressly agrees not to waive, either in full or in part, the right to seek Statutory Fees. Any interest Client may have in the Statutory Fees is assigned to Attorneys; Client further agrees that any future interest Client may acquire in the Statutory Fees will be assigned to Attorneys. Client further agrees that Attorneys may intervene to protect their interest in an award of Statutory Fees. In the event that Attorneys are entitled to Statutory fees under any applicable statute (as prevailing parties), the Statutory Fees shall be paid by the Defendants, and under no circumstances by the Client, except in the event that Client breaches this Agreement and elects (without the consent of Attorneys) to accept any settlement that does not include all or a portion of these Statutory Fees, in which case Client shall be obligated to compensate Attorneys in full for the value of any Statutory Fees not received by Attorneys.

Client acknowledges that all medical expenses and charges of any nature made by doctors, or other medical providers, in conjunction with the above-mentioned claim are not litigation costs, and will be paid by Client. In the event of recovery, Client agrees and directs Attorneys to pay any of these unpaid bills, and/or satisfy any liens related to medical treatment, from Client's share of the recovery.

Client and Attorneys agree to adopt this fee arrangement because it is the opinion of all the undersigned that this arrangement maximizes not only the Attorneys' financial incentive to prevail for Client, but also maximizes Attorneys' incentive to endeavor to obtain the maximum possible amount of compensation/recovery/settlement from the Defendants.

Client recognizes that just as there is a substantial variation in the billing rates of, for instance, corporate attorneys, there is a variation in the compensation structures of civil rights attorneys, and there may be other attorneys willing to represent Client pursuant to a different compensation arrangement. Client further understands that the undersigned Attorneys are taking considerable financial risk in undertaking this representation as Attorneys will receive absolutely no compensation if Client does not prevail, and Attorneys could pursue other work. Accordingly, the parties adopt the compensation structure set forth herein as an inducement for Attorneys to take and pursue this case.

Client further acknowledges and understands that Attorneys have advised Client regarding the possibility of Client being required by a Court to pay costs and/or fees to the Defendants should the Defendants prevail in the litigation. In that event, Client understands and acknowledges that Client, not Attorneys, would be responsible for any such Court-ordered award of defense costs and/or fees.

Client understands and acknowledges that Attorneys are not tax lawyers, and have no expertise in matters relating to taxation. Accordingly, the scope of Attorneys'

representation of Client does not include tax matters, and Attorneys will offer no advice to Client relating to tax implications of settlements/verdicts in this matter. Instead, Client is encouraged to seek assistance in all matters relating to taxation from independent tax professionals selected by the Client.

Client acknowledges that no representation has been made as to what amounts, if any, Client may be entitled to recover in this case. Further, Client acknowledges that no guarantees or promises have been made of any kind regarding recovery either by settlement or judgment.

It is specifically understood that in the event a judgment is not entered in Client's favor in the trial court, or that the amount or type of judgment is unsatisfactory to Client, Attorneys shall not be obligated to prosecute a motion for new trial, and/or to file any appeal and/or pursue any supplementary proceedings. Client agrees that Attorneys shall have sole discretion as to whether Attorneys will prosecute any such motion for new trial, file any such appeal, and/or pursue any such supplementary proceedings. Similarly, if more than one trial is necessary and/or required to resolve the matter, Attorneys shall not be obligated to prosecute and/or defend such matter. Client agrees that Attorneys shall have sole discretion as to whether Attorneys will prosecute and/or defend any such matter. Likewise, in the event any party appeals from any judgment rendered by the trial court (with the trial court or appellate court(s)), or pursues or files any supplementary proceedings, Attorneys shall not be obligated to render services in connection with any such appeal, or supplementary proceedings. Client agrees that Attorneys shall have sole discretion as to whether Attorneys will render any services for any such appeal, and/or supplementary proceedings. Should the Attorneys agree to perform additional services in connection with any of the above, including, but not limited to, whether it is prosecuting or defending more than one trial, filing any motion for a new trial, filing any appeal, or pursuing or defending any supplementary proceeding, Client further agrees to pay Attorneys an *additional* FIVE PERCENT (5%) of whatever may be recovered.

Client acknowledges that no services, other than those described in this contract, are covered by this Agreement.

DATED this 29th day of ___May___, 20 19.

CLIENT

BY: _Waltresha Scott_

FOUTRIS LAW OFFICE, LTD.

BY: Basileios J. Foutris

Page 3 of 3

W.S.

To Whom it May Concern:

Be advised that I have retained Basileios ("Bill") J. Foutris, of the Foutris Law Office, Ltd., as my attorney. I hereby authorize, request and direct you to release, disclose, provide copies, and provide unrestricted access to any an all legal records, medical records, bills, documents, information, and any other material pertaining to me to the following attorney:

> Basileios ("Bill") J. Foutris
> Foutris Law Office, Ltd.
> 53 W. Jackson, Suite 252
> Chicago, IL 60604
> 312-212-1200
> bfoutris@foutrislaw.com

I expressly waive any and all privileges of confidentiality of the requested legal records, medical records, bills, documents, information, and any other material with respect to Basileios ("Bill") J. Foutris, and the Foutris Law Office, Ltd. My waiver expressly includes, but is not limited to, the following material:

> Medical Records, Medical Bills, Police and/or Law Enforcement Records and/or material, Arrest Reports, Supplemental Reports, Case Reports, Arrest Records, Booking Photos, or any other photographs depicting or regarding myself or my incident, Booking Documents, Intake Documents, "Rap" Sheets, Police Reports, Investigative Reports, "Calls for Service" Documents, Incident Reports, Warrants, squad car videos, Taser videos, booking room videos, body cam videos, any other video recordings depicting or regarding myself or my incident, dispatch audio recordings and any other audio recordings regarding myself or my incident, Taser printouts, and any other documents, papers or recordings, whether in paper or electronic or any other form that are in your possession or control pertaining to me.

Be advised that the above attorney and law firm are expressly authorized by me to receive and/or obtain the above-referenced material and information on my behalf. In addition, be advised that I also authorize and empower the above attorney and law firm to have full power to acknowledge, sign and execute any necessary documents and receipts for same on my behalf. This authorization shall not expire after a particular period but rather shall remain valid unless and until cancelled by me in writing.

## Verification

Under penalty of perjury, and under the penalties provided by law pursuant to Section 1-109 of the Illinois Code of Civil Procedure, the undersigned certifies that the statements set forth herein are true and correct.

Dated: 5-29-19                    Signed: _Walthesha Scott_

                                  Printed Name: Walthesha Scott